COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| GUADALUPE P. PEREZ, | § | No. 08-12-00037-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| OLD WEST CAPITAL CO., Assignee of Hudson & Keyse, L.L.C., | § | of Tarrant County, Texas |
| | § | |
| Appellee. | § | (TC#2007-058909-3-A) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and her sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF AUGUST, 2013.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.